**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**NEIDY YADIRA CARRANZA CRUZ,**

Petitioner,

v. **Civil Action No. 3:26CV867 (RCY)**

**WARDEN, CAROLINE DETENTION FACILITY**,

Respondent.

**MEMORANDUM ORDER**
**(Serving 28 U.S.C. § 2241 Petition)**

Petitioner, a United States detainee, submitted a petition pursuant to 28 U.S.C. § 2241 ("§ 2241 Petition") challenging her continued detention. Upon consideration of Petitioner's payment of the filing fee, and the petition annexed, it is ORDERED that:

1. The petition shall be FILED;

2. Respondent SHALL file, within seven (7) days of the date of entry hereof, either a Notice indicating that the factual and legal issues presented in this § 2241 Petition do not differ in any material fashion from those presented in *Ortega Miranda v. Bondi*, No. 3:25CV769, 2026 WL 287179 (E.D. Va. Feb. 3, 2026), or an explanation as to why material factual or legal differences between *Ortega Miranda* and this § 2241 Petition exist;

3. If Respondent files a Notice that there are no material differences between this § 2241 Petition and *Ortega Miranda*, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding for purposes of judicial efficiency, subject to any case-specific factual distinctions properly preserved by Respondent, and this Court will issue a ruling without further filings from the parties. Rule 7(E) of the Local Rules for the United States District Court for the Eastern District of Virginia shall not apply to this action;

4. It is FURTHER ORDERED that Petitioner IS NOT to be removed or transferred from this district for any reason without this Court's permission until the Court has ruled on the § 2241 Petition. If Petitioner has already been removed or transferred from this district, it is ORDERED that Petitioner IS NOT to be removed or transferred again without this Court's permission until the Court has ruled on the § 2241 Petition;

5. The Court DOES NOT ACCEPT documents or pleadings submitted on paper that exceeds 8 1/2 inches by 11 inches in size, or that contains writing on the reverse side of a page. ANY SUBMISSION MADE IN VIOLATION OF THIS PARAGRAPH WILL NOT BE CONSIDERED BY THE COURT;

6. In light of the instant Order and the directives contained herein, the Court DENIES AS MOOT Petitioner's *Ex Parte* Application for Temporary Restraining Order (ECF No. 2); and

7. Service shall be made upon Respondent by electronically transmitting a copy of this Memorandum Order and the petition to the United States Attorney for this District. A copy of this Memorandum Order shall also be sent to Petitioner.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 3, 2026
Richmond, Virginia